IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NEWPORT NEW DIVISION

```
FILED
IN OPEN COURT
APR 1 1 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 4:11cr 08 |
| ) | |
| FREDERICK BATES ) | |

## STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. During 2007, the Bureau of Immigration and Customs Enforcement (ICE) began an investigation into FREDERICK BATES as a suspected distributer of cocaine, a Schedule II narcotic controlled substance. Between the dates in the information, BATES received multi-kilogram quantities of cocaine from multiple sources of supply. This cocaine would be shipped to the Eastern District of Virginia where BATES would then divide the cocaine and provide it to other dealers for ultimate street level distribution. BATES derived substantial income from these activities.

2. While conducting this operation, BATES supervised at least five individuals who either helped him transport the cocaine or served as a distributor of the cocaine. These individuals included but were not limited to Preston Johnson, Carlos Bailey, Ray Prosise, Antwan Jordan and Linda Butcher. Eventually, BATES began to associate with Eloy Martinez and Francisco Ramos as his source of supply. On multiple occasions BATES received multi-kilo shipments of cocaine from Martinez and Ramos in Texas. These shipments were then broken down into distribution quantities and provided to lower level dealers.

3. Between the dates in the information BATES engaged in a continuing series of drug

transactions which were ultimately responsible for the possession with intent to distribute and distribution of more than 150 kilograms of cocaine in the Eastern District of Virginia.

4. The majority of these events occurred in the Eastern District of Virginia.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

*/s/ Eric M. Hurt*
Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
VA Bar # 35765

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, FREDERICK BATES and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*Frederick Bates*
FREDERICK BATES

I am FREDERICK BATES' attorney and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

*Bryan Saunders*
Bryan Saunders
Attorney for FREDERICK BATES